**Alma Delia ROMERO–GONZALEZ, Petitioner,**

v.

**John ASHCROFT, Attorney General,\* Respondent.**

No. 03–70248.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* John Ashcroft, Attorney General, is the proper

Submitted Dec. 8, 2003.**

Decided Dec. 18, 2003.

Antonio Reyna Salazar, Esq., Salazar Law Offices, Seattle, WA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Office of Immigration Litigation, Civil Division, Department of Justice, Douglas E. Ginsburg, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, WWS–District Counsel, Immigration and Naturalization Service, Office of the District Counsel, Seattle, WA, for Respondent.

Before GOODWIN, WALLACE, and TROTT Circuit Judges.

MEMORANDUM ***

Alma Delia Romero–Gonzalez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") decision denying her motion to reopen deportation proceedings. Because the transitional rules apply, see *Kalaw v. INS*, 133 F.3d 1147, 1150 (9th Cir.1997), we have jurisdiction under 8 U.S.C. § 1105a(a). We review the denial of a motion to reopen for abuse of discretion. *Sharma v. INS*, 89 F.3d 545, 547 (9th Cir.1996). We deny the petition for review.

respondent. The clerk shall amend the docket to reflect the above caption.

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the

The BIA did not abuse its discretion in denying the motion to reopen. *See id.* at 548.

PETITION FOR REVIEW DENIED.